UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN WILLIE ISELI,<br>Petitioner,<br>v.<br>SAN JOAQUIN COUNTY JAIL, et al.,<br>Respondents. | No. 2:26-cv-0924 CSK P<br><br><u>ORDER AND FINDINGS AND RECOMMENDATIONS</u> |

By order filed October 16, 2026, petitioner's habeas application was dismissed, and thirty days' leave to file an amended application was granted. The thirty-day period has now expired, and petitioner has not filed an amended petition. Instead, petitioner renewed his request that this case be transferred to the state superior court. (ECF No. 15.) Petitioner was previously informed that this Court does not have jurisdiction to transfer this action to state court. (ECF No. 14 at 4.) Plaintiff must file his own action in state court. (Id.)

This action cannot proceed without petitioner's amended application. In recommending this action be dismissed for failure to prosecute, the Court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258,

1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot move forward without petitioner's participation, the Court finds the factors weigh in favor of dismissal.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for transfer (ECF No. 15) is denied; and

2. The Clerk of the Court is directed to assign a district judge to this case.

Further, IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within seven days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/isel0924.fta.hab